CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 04, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL NORBERT HALTER, | ) |
| Plaintiff, | ) Civil Action No. 7:22cv00375 |
| v. | ) **MEMORANDUM OPINION** |
| MIDDLE RIVER REGIONAL JAIL AUTHORITIES, *et al.*, | ) By:   Hon. Thomas T. Cullen |
| | )        United States District Judge |
| Defendants. | ) |

Plaintiff Daniel Norbert Halter, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered July 6 and 18, 2022, the court advised Halter that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 3 & 5.) The court further advised Halter that failure to provide an updated address would result in dismissal of this action. (*Id.*)

On March 28, 2023, an order sent to Halter was returned to the court, indicating that Halter was no longer at that facility. (*See* ECF No. 10.) The returned mail did not contain a forwarding address and, to date, Halter has not provided the court with an updated address as required by the court's conditional filing orders. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's orders. The court notes that this dismissal is without prejudice to Halter's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The Clerk shall send a copy of this Memorandum Opinion and the accompanying Order to Halter at his last known address.

**ENTERED** this 4th day of April, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE